IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAMUEL NORRIS,

    Petitioner,

v.                         CASE NO. 5:11cv84-RH/EMT

PAIGE AUGUSTINE,

    Respondent.

_____/

## ORDER DISMISSING THE PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 16. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed with prejudice." The clerk must close the file.

SO ORDERED on June 2, 2012.

                                      s/Robert L. Hinkle
                                      United States District Judge